No. 16,904.

PORTER *v.* PORTER.

(255 P. [2d] 391)

Decided March 16, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. JOHN J. MORRISSEY, for plaintiff in error.

Messrs. RINN & CONNELL, for defendant in error.

Mr. A. W. FITZGERALD, of counsel.